ANNA SAPEGO et al., Respondents, *v.* VILLAGE OF MOUNT KISCO, Appellant, and YOUNG AND HALSTEAD COMPANY, Appellant and Respondent.

Argued May 20, 1941; decided June 19, 1941.

*Harold V. Angevine* and *James A. Hughes* for Village of Mount Kisco, appellant.

*Herbert A. McDevitt* for Young and Halstead Company, appellant and respondent.

*Charles E. Long* and *James R. Caruso* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.